**Tabetha A. Martinez, Esq. (NV 14237)**
**Susan E. Gillespie, Esq. (NV 15227)**
**BURGER, MEYER & D'ANGELO, LLP**
725 S. 8th Street, Suite 200
Las Vegas, NV 89101
**MAILING ADDRESS:**
999 Corporate Dr., Suite 225
Ladera Ranch, CA 92694
Telephone: (949) 427-1888
Facsimile: (949) 427-1889
Email: tmartinez@burgermeyer.com
       sgillespie@burgermeyer.com

Attorneys for Defendant
WALMART, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GENEA LOFTIS,<br><br>         Plaintiff,<br><br>vs.<br><br>WALMART, INC.; DOES 1 through x; and ROE CORPORATIONS I through X; inclusive,<br><br>         Defendants. | Case No.: 2:25-cv-00367-JAD-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 11 |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties in the above-entitled action, GENEA LOFTIS and WALMART, INC, by and through their respective counsels of record, that, subject to the terms of the settlement agreement signed by and entered into on behalf of all parties, that all claims and causes of action in the above-entitled action, including all direct claims, counterclaims, and cross-claims, are hereby dismissed with prejudice as to all parties, including as to all DOE and ROE defendants.

///

///

Each party is to bear its, his, or her own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED: July 25, 2025

BURGER MEYER & D'ANGELO

 /s/ Susan E. Gillespie
Tabetha A. Martinez, Esq.
Nevada Bar No. 14237
Susan E. Gillespie, Esq.
Nevada Bar No. 15227
Attorneys for Defendants

DATED: August 28, 2025

VANNAH & VANNAH

 /s/ L. Dipaul Marrero II
L. Dipaul Marrero II, Esq.
Nevada Bar No. 12441
VANNAH & VANNAH
*Attorneys for Plaintiff*

### ORDER

Based on the parties' stipulation [ECF No. 11] and good cause appearing, IT IS HEREBY ORDERED that **THIS ACTION IS DISMISSED** with prejudice, each side to bear its own fees and costs. All deadlines and due dates are vacated. **The Clerk of Court is directed to CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: September 2, 2025

Respectfully submitted by:
**BURGER, MEYER & D'ANGELO, LLP**

_____
Tabetha A. Martinez, Esq.
Nevada Bar No. 14237
Susan E. Gillespie, Esq.
Nevada Bar No. 15227
BURGER MEYER & D'ANGELO